IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS LANE, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:20-cv-5492 |
| | : | |
| v. | : | CHIEF JUDGE ALGENON L. MARBLEY |
| | : | |
| WARDEN, NOBLE CORRECTIONAL INSTITUTION, *et al.*, | : | MAGISTRATE JUDGE JOLSON |
| | : | |
| Defendants. | : | |

**OPINION & ORDER**

On November 18, 2020, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 3), recommending that this Court dismiss Plaintiff's case pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A. Mr. Lane sought an extension of time to respond to the Report and Recommendation, which the Magistrate Judge granted. (ECF Nos. 4–5). His objection was due January 24, 2021 and the Magistrate Judge warned that no further extensions would be granted. (ECF No. 5). Mr. Lane was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on January 24, 2021, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  This case is hereby **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** September 3, 2021

1